IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARICO LATEZ COLLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:21-CV-678-WHA-CSC ) |
| KAY IVEY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed December 16, 2021 (Doc. 9), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

Done this 9th day of March, 2022.

        /s/   W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE